OCT 30 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

**UNITED STATES OF AMERICA**

\*                    · 2020 OCT 30  P 4: 26 ·

**vs.**

\*            Case No.   CCB-20-0356

**Ana Elizabeth Molina**

\*

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____Jeff Dahlberg, AFPD_____, and the Government was represented by

Assistant United States Attorney _____Adam Ake_____, it is

**ORDERED,** this ___30th___ day of _____October,_____ ___2020___, that

the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties

without prejudice to either side requesting a prompt hearing to set appropriate conditions of

release or otherwise address the detention of the defendant.

_Thomas M. DiGirolamo_
Thomas M. DiGirolamo
United States Magistrate Judge